**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28462

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Matthew Douglas Freeman<br><br>Debtor.<br><br>The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-4<br><br>Movant,<br>vs.<br><br>Matthew Douglas Freeman, Debtor; Brian J. Mullen, Trustee.<br><br>Respondents. | No. 2:09-bk-28587-GBN<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE:  Real Property Located at<br>2150 E. Bell Rd. # 1164<br>Phoenix, AZ 85022 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 23rd day of November, 2009.

                          Respectfully submitted,

                          TIFFANY & BOSCO, P.A.

                          BY  /s/ MSB # 010167
                                Mark S. Bosco
                                Leonard J. McDonald
                                Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Matthew Douglas Freeman filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Brian J. Mullen was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> Unit 176, TRE BELLAVIA, a Condominium, according to the Condominium Declaration recorded In Document No. 03-1646651; First amendment at Document No. 04-188587; Confirmatory Declaration of Annexation recorded at Document No. 04-0799059 and Plat recorded in Book 660 of Maps, Page 43, records of Maricopa County, Arizona.
>
> Together with an undivided interest In and to the common elements as set forth in declaration and plat.

Debtor executed a Note secured by a Deed of Trust, dated September 20, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2008.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

Debtor is currently in default and contractually due for September 1, 2008. The current default amount is set forth below:

| | |
|---|---:|
| **1 Monthly Payments(s) at $1,743.07** | **$1,743.07** |
| **(October 1, 2008 - October 1, 2008)** | |
| **3 Monthly Payments(s) at $1,599.83** | **$4,799.49** |
| **(November 1, 2008 - January 1, 2009)** | |
| **3 Monthly Payments(s) at $1,274.84** | **$3,824.52** |
| **(February 1, 2009 - April 1, 2009)** | |
| **6 Monthly Payments(s) at $1,231.87** | **$7,391.22** |
| **(May 1, 2009 - October 1, 2009)** | |
| **1 Monthly Payments(s) at $1,231.10** | **$1,231.10** |
| **(November 1, 2009 - November 1, 2009)** | |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$800.00** |
| **Suspense Amount** | **($242.00)** |
| **Total** | **$19,697.40** |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 2150 E. Bell Rd. # 1164 Phoenix, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

…

…

…

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 23rd day of November, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant